# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED PRESCRIPTION SERVICES, INC.,**

      **Plaintiff,**

**v.**                                 **Case No.  8:06-cv-1977-T-30MAP**

**ALBERTO GONZALES, in his official capacity as Attorney General, United States Department of Justice, and KAREN TANDY, in her official capacity as the Administrator of the United States Drug Enforcement Administration,**

      **Defendants.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Voluntary Dismissal (Dkt. #58).  In accordance with same, it is

      **ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on May 8, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1977.dismissal 58.wpd